UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL WHIRLOW, | ) | CASE NO. 4:07CV1536 |
| Petitioner, | ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) | |
| J.R. Shartle, Warden of a Federal Correctional Institution, | ) | ORDER OF DISMISSAL |
| Respondent. | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on Petitioner Daniel Whirlow's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. §2241, filed May 25, 2007, seeking transfer from the federal correctional institution at Elkton, Ohio. Pursuant to the information provided to the Court Petitioner was released on January 11, 2008, rendering his petition moot. Therefore, the Court dismisses his Petition without prejudice.

IT IS SO ORDERED.

_/s/ Christopher A. Boyko_
CHRISTOPHER A. BOYKO
United States District Judge

FILED
JAN 16 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND